UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>EMERSSON BAYARDO FLETES,<br><br>                Defendant. | Case No. MJ24-154<br><br>DETENTION ORDER |

Defendant Emersson Bayardo Fletes is charged with possession of controlled substances with intent to distribute, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), 18 U.S.C. § 2. The Court held a detention hearing on March 11, 2024, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1), as Mr. Fletes is charged with an offense with a maximum term of ten years or more under the CSA.

2. There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of

DETENTION ORDER - 1

the community pursuant to 18 U.S.C. § 3142(e).

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Fletes as required and the safety of the community.

4. Upon advice of counsel, Mr. Fletes declined to be interviewed by Pretrial Services. Therefore, there is limited information available about him.

5. Mr. Fletes poses a risk of nonappearance due to pending charges with an active warrant, prior removal from the United States, and use of an alternate name. In addition, he was not interviewed so his background and ties to this district are unknown.

6. Mr. Fletes poses a risk of danger due to the nature of the instant offense.

7. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Fletes's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Fletes shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Fletes shall be afforded reasonable opportunity for private consultation with counsel;

DETENTION ORDER - 2

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Fletes is confined shall deliver Mr. Fletes to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Fletes, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 11th day of March, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3