The Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMERSSON BAYARDO FLETES,<br><br>Defendant. | NO. 2:24-cr-00055-RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |

THIS MATTER comes before the Court on the Government's Unopposed Motion to Continue the Pretrial Motions Deadline. Dkt. 17. Having considered the motion, and the files and pleadings herein,

IT IS ORDERED that the government's unopposed motion is GRANTED. The deadline for filing all pretrial motions, including motions in limine, is extended to April 30, 2024.

DATED this 16th day of April, 2024.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1
*United States v. Fletes* / 2:24-00055-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970